as modified affirmed, without costs. No opinion.

Joseph B. Guttenberg, Respondent, v. The New York Elevated Railroad Company and The Manhattan Railway Company, Appellants.—Judgment affirmed, with costs. No opinion.

Edward T. Roche, Appellant, v. William Fellowes Morgan, Respondent.—Judgment affirmed, with costs. No opinion.

Susie Frances Rockwell, Respondent. v. Francis A. Palmer, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Clementine Ludlow, as Administratrix, etc., of Theodore W. Ludlow, Deceased, Appellant, v. Metropolitan Street Railway Company, Respondent.—Judgment and order affirmed, with costs. No opinion.

Mary Dent, Appellant, v. Louis Grimm, Respondent.—Judgment and order affirmed, with costs. No opinion.

Thomas Dent, Appellant, v. Louis Grimm, Respondent.—Judgment and order affirmed, with costs. No opinion.

Max Kivelson, an Infant, by Morris Kivelson, his Guardian ad Litem, Respondent, v. H. B. Scharmann & Sons, Appellant.—Judgment and order affirmed, with costs. No opinion.

Abraham Robinson, as Administrator, etc., of Morris Robinson, Deceased, Respondent, v. Dry Dock, East Broadway and Battery Railroad Company, Appellant.—Judgment and order affirmed, with costs. No opinion.

Elizabeth Clerke, Respondent, v. Metropolitan Street Railway Company, Appellant.—Upon plaintiff stipulating to reduce judgment as entered to the sum of $2,829.83, judgment as so reduced affirmed, without costs; otherwise, judgment reversed, new trial ordered, costs to appellant to abide event. No opinion.

Thomas J. Dunn, Respondent, v. Uvalde Asphalt Paving Company, Appellant.—Judgment and order affirmed, with costs. No opinion.

Delia Monahan, Appellant, v. Metropolitan Street Railway Company, Respondent.—Judgment affirmed, with costs. No opinion.

M. Florence Kelley, Respondent, v, Metropolitan Street Railway Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Carl Walter Volney, Appellant, v. Lewis Nixon, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Theodore H. Newland, Appellant, v. Ernst J. Lederle, Commissioner of the Board of Health in the City of New York, Borough of Manhattan, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Allan Lee Smidt, Respondent, v. May E. Wood, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Freedman, Appellant, v. Michael Mayer, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Christo Cosmides, Appellant, v. Andrew McKinney, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Marie Antoinette Erskine, Respondent, v. John K. Erskine, Jr., Appellant.—Order modified by reducing counsel fee to $150, and alimony to $25 a week, and as modified affirmed, without costs. No opinion.

In the Matter of Charles A. Wiley v. Perez M. Stewart as Superintendent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Joseph Weis, Appellant, v. Edward M. Grout, Comptroller of the City of New York, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Ellen B. Breslin, Individually, and as Executrix etc., of Michael P. Breslin, Deceased, and Francis J. Breslin, as Executor, etc., of Michael P. Breslin, Deceased, Respondents, v. The Manhattan Railway Company, Appellant.—Judgment modified by reducing amount awarded for fee damage to $2,100, and by reducing judgment for rental damage, costs, allowances, etc., as entered, to the sum of $1,894.16; and as so modified, affirmed, without costs. No opinion.

Albert Erdman and Another v. Manhattan Railway Company.—Motion for stay granted.

Rudolph H. Evans and Others v. Charles F. Muller and Others.—Appeal dismissed, without costs.

Austin B. Fletcher v. John McKeon and Others.—Motion denied.

Frederick W. Clifford v. Judson J. Worrell and Another.—Motion denied on payment of ten dollars costs, and on payment of an additional ten dollars, leave given to apply to the court below to open default.

Rosa Golob v. Henry Pasinsky.—Motion denied, with ten dollars costs.

Max Stern v. Joseph J. McKee and Another.—Motion granted, with ten dollars costs.

William Shipman, as Trustee, v. William H. Bell and Others.—Motion denied.

The People of the State of New York v. Duncan Young.—Motion denied.

Hoagland Robinson Company v. Samuel A. Robinson and Others.—Motion denied on payment of ten dollars costs; and on payment of an additional ten dollars, leave given to apply to the court below to open default.

Emma Lawrence Jacob v. J. Campbell Thompson.—Motion denied.

The People of the State of New York v. American Loan and Trust Company.—Motion granted; question certified as stated in memorandum per curiam.

The People of the State of New York v. American Loan and Trust Company,—Motion denied.

Amelia Ludeman, as Administratrix, v. Third Avenue Railroad Company.—Motion denied, with ten dollars costs.

The United Press v. The A. S. Abell Company, Proprietor of "The Sun" Newspaper, and Others.—Motion denied, with ten dollars costs.

George A. Sipp v. Siegel-Cooper Company.—Motion denied on payment of ten dollars costs; and on payment of an additional ten dollars, leave given to apply to the court below to open default.

William J. Gibson v. Sun Printing and Publishing Company.—Motion denied with ten dollars costs.

Hannah Ehrenreich v. Frank L. Froment.—Motion denied.

Henry L. Boughton v. John W. Guider and Another.—Motion granted, so far as to dismiss appeal, with ten dollars costs.

Tompkins McIlvaine v. George Steinson and Others.—Motion granted, with ten dollars costs.

Luigi Montanaro v. Angelina Miraglia.—Motion granted, with ten dollars costs.

In the Matter of John E. Ellison.—Motion granted. Memorandum per curiam.

Frederick W. Clifford v. Press Publishing Company.—Motion denied on payment of ten dollars costs; and on payment of an additional ten dollars, leave given to apply to the court below to open default.